District Judge Marsha J. Pechman
Magistrate Judge James P. Donohue

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

VYACHESLAV TSYGOLNIK,
A# 94-541-207,

          Petitioner,

v.

ALBERTO R. GONZALES, et al.,

          Respondents.

No. CV06-1818 MJP-JPD

STIPULATION AND ORDER
TO HOLD CASE IN ABEYANCE

## STIPULATION

This case is a Petition for Writ of Habeas Corpus. The Government's Return Memorandum and Motion to Dismiss the petition is due on February 12, 2007. The Petitioner is detained.

The parties are in agreement that Petitioner shall remain in the custody of the Immigration and Customs Enforcement ("ICE") until February 23, 2007, the 180th day of his detention. Thereafter, Petitioner will be released pursuant to an Order of Supervision.

Therefore, the parties HEREBY STIPULATE AND AGREE that this case be held in abeyance until February 23, 2007, to allow the events, as described above, to occur. Accordingly, the parties further STIPULATE, AGREE AND JOINTLY REQUEST, that the Court extend to March 5, 2007 the due date for the Government's Return Memorandum and Motion to Dismiss, or for filing of appropriate dismissal documents.

STIPULATION AND ORDER TO
HOLD CASE IN ABEYANCE - 1
(CV06-1818 MJP-JPD)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

DATED this 8th day of February, 2007.   DATED this 8th day of February, 2007.

/s/ Jay W. Stansell
JAY W. STANSELL, WSBA #18752
Federal Public Defender
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
Phone: 206-553-1100
Fax: 206-553-0120
Email: Jay_Stansell@fd.org

/s/ Priscilla T. Chan
PRISCILLA T. CHAN, WSBA #28533
Assistant United States Attorney
Western District of Washington
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-4073
Email: Priscilla.Chan@usdoj.gov

## ORDER

The parties having so stipulated, the above is SO ORDERED. The Clerk is directed to send copies of this Order to all counsel of record.

DATED this 13th day of February, 2007.

_____
JAMES P. DONOHUE
United States Magistrate Judge

Presented by:

/s/ Jay W. Stansell
JAY W. STANSELL, WSBA #18752
Attorney for Petitioner Tsygolnik


/s/ Priscilla T. Chan
PRISCILLA T. CHAN, WSBA #28533
Assistant United States Attorney
Attorney for Respondents

STIPULATION AND ORDER TO
HOLD CASE IN ABEYANCE - 2
(CV06-1818 MJP-JPD)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND ORDER TO
HOLD CASE IN ABEYANCE - 3
(CV06-1818 MJP-JPD)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the attorney(s) of record for the defendant(s).

Jay_Stansell@fd.org

I hereby certify that I have served the attorney(s) of record for the defendant(s) that are non CM/ECF participants via USPS mail, postage pre-paid.

- 0 -

DATED this 8th day of February, 2007.

/s/ Priscilla T. Chan
PRISCILLA T. CHAN
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-4073
Email: Priscilla.Chan@usdoj.gov